# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **CODY FISCHER**, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| *Plaintiff*, ) ) | |
| ) | **COLLECTIVE ACTION** |
| v. ) ) | **CASE NO. 2:20-CV-02599-tmp** |
| **JWB PROPERTIES LLC d/b/a LOCAL GASTROPUB, MADISON AVE. ENTERPRISES CORP. d/b/a LOCAL GASTROPUB, JEFFREY JOHNSON, AND TIMOTHY QUINN**, ) ) ) ) ) ) | **CHIEF MAGISTRATE JUDGE PHAM** **JURY DEMAND** |
| *Defendants*. ) | |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Named Plaintiff Cody Fischer, on behalf of himself and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this FLSA collective action, proceeding pursuant to 29 U.S.C. § 216(b) give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice. In the parties' Settlement Agreement, the parties agreed to move this Court for approval of the agreement by July 16, 2021. However, Plaintiffs' counsel needed additional time to secure the services of a settlement administrator. Accordingly, the Parties have reached an agreement to modify this provision of the agreement (attached as Exhibit 2).

Plaintiffs respectfully request that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims, including Plaintiffs taking 30(b)(6) depositions concerning facts related to the

1

issues at hand. Then, the parties engaged in extensive, arm's-length negotiations in mediation led by Allen Blair, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues, including the amounts to be paid as wages and liquidated damages to each of the Plaintiffs, a service payment for the Named Plaintiff, and attorneys' fees and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, Plaintiffs further request that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiffs have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons set forth in their supporting memorandum, Plaintiffs respectfully request that the settlement be approved.

Date: August 27, 2021

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (TN Bar No. 24968)**
**JOSHUA A. FRANK (TN Bar No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
PHILIPS PLAZA
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**J. LUKE SANDERSON (TN Bar No. 35712)**
WAMPLER, CARROLL, WILSON, SANDERSON, P.C.
44 N. Second St., Ste. 500
Memphis, TN 38103

Telephone: (901) 523-1844
Facsimile: (901) 523-1857
luke@wcwslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice* filed electronically with the Clerk's office by using the CM/ECF system and served via the Court's ECF system on counsel for defendants on August 27, 2021:

**CARL I. JACOBSON**
WALK COOK & LAKEY, PLC
431 South Main Street
Suite 300
Memphis, TN 38103
901-260-2552
901-339-2588 (fax)
cjacobson@walkcook.com

*Attorney for Defendant Madison Ave. Enterprises Corp.*

**J. MARK GRIFFEE (TN Bar No. 07220)**
**AMY WORRELL STERLING (TN Bar No. 25773)**
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 Oak Court Drive, Suite 360
Memphis, TN 38117
Phone: (901) 762-0535
Fax: (901) 762-0539
mgriffee@blackmclaw.com
asterling@blackmclaw.com

*Attorneys for Defendants Jeffrey Johnson and JWB Properties LLC*

**BRYAN MEREDITH**
MEREDITH LAW FIRM, PLLC
1661 International Place Dr., Suite 400
Memphis, TN 38120
Phone: (901) 315-0232
Fax: (901) 767-4441
bryan@meredithlegal.com

*Attorney for Defendant Timothy Quinn*

    /s/ David W. Garrison
    DAVID W. GARRISON
    **BARRETT JOHNSTON**
       **MARTIN & GARRISON, LLC**