```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```
_____

**CODY FISCHER, On Behalf of**    )
**Himself and All Others**         )
**Similarly Situated,**            )
                                   )
    **Plaintiff,**                )
                                   )
**v.**                                    )    No. 20-cv-02599-TMP
                                   )
**JWB PROPERTIES LLC et al.,**     )
                                   )
    **Defendants.**              )
_____

## ORDER SETTING HEARING ON SETTLEMENT APPROVAL
_____

      Before the court is Plaintiffs' Unopposed Motion For Approval of the Parties' Settlement Agreement and Dismissal With Prejudice, filed on August 27, 2021. (ECF No. 86.) Because this case is brought under the Fair Labor Standards Act, the parties must seek court approval of any proposed settlement, and the court must examine any proposed settlement for fairness. <u>Day v. Razban Enterprises, Inc.</u>, No. 1:19-cv-01170-STA-jay, 2019 WL 11556857, at *1 (W.D. Tenn. Dec. 18, 2019). To help examine the fairness of this proposed settlement, the undersigned hereby schedules a hearing on September 16, 2021, at 10:00 AM. This hearing will be conducted remotely over Zoom video conferencing. The court will email the parties an invitation to the video conference prior to the hearing.

-2-

IT IS SO ORDERED.

                          s/ Tu M. Pham
                          TU M. PHAM
                          Chief United States Magistrate Judge

                          September 2, 2021
                          Date